UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

OLIN CORPORATION,

              Plaintiff,

v.                                     **ORDER**
                                         05-CV-100S

E. I. DuPONT de NEMOURS & COMPANY and
NATIONWIDE BOILER INC.,

              Defendants.

---

On June 17, 2005, Karen K. McCay, Esq. and Cheri L. MacArthur, Esq. filed an Amended Motion to Appear *Pro Hac Vice* on behalf of Defendant Nationwide Boiler, Inc. ("Nationwide") in the above-captioned case. This Court having carefully reviewed the documents filed in support of said motion,

IT HEREBY IS ORDERED that McCay and MacArthur's Amended Motion to Appear *Pro Hac Vice* (Docket No. 28) is GRANTED, subject to the payment of applicable fees pursuant to Rule 83.1(I) of the Local Rules of Civil Procedure.

SO ORDERED.

Dated:  July 9, 2005
         Buffalo, New York

                                                                /s/William M. Skretny
                                                                WILLIAM M. SKRETNY
                                                             United States District Judge